# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-1877

_____

Ginger Headley; Mark Coffelt, individually and on behalf of Corey Coffelt, deceased

Plaintiffs - Appellees

v.

Centurion of Missouri, LLC; Amanda Lake, in her individual capacity; Rusty Ratliff; Janet Eddy, RN, in her individual and official capacities; Katlyn Huff, RN, in her individual and official capacities

Defendants

Boshko Ognenovski; Valerie J. Helm; Carla L. Heckenmueller; Brackstin Gabriel Carr; Tommie L. Luntsford

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:23-cv-00052-HEA)

_____

**JUDGMENT**

Before GRUENDER, BENTON, and ERICKSON, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the denial of the corrections officers' motion to dismiss Counts II and V of the complaint is reversed, and the case remanded for proceedings consistent with this opinion.

June 10, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler