# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-1877

Ginger Headley and Mark Coffelt, individually and on behalf of Corey Coffelt, deceased

Appellees

v.

Centurion of Missouri, LLC, et al.

Boshko Ognenovski, et al.

Appellants

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:23-cv-00052-HEA)

---

### MANDATE

In accordance with the opinion and judgment of June 10, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 01, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit