**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION**

| | | |
|---|---|---|
| GINGER HEADLEY, *individually and on behalf of Corey Coffelt, deceased,* et al., | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | No. 2:23-CV-52 HEA |
| | ) | |
| v. | ) | |
| | ) | |
| CENTURION OF MISSOURI LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER OF PARTIAL DISMISSAL</u>

In accordance with the Order of today's date, and incorporated herein, and consistent with the terms of the Opinion of United States Court of Appeals for the Eighth Circuit dated June 10, 2026,

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants Boshko Ognenovski, Valerie Helm, Carla L. Heckenmueller, Brackstin Gabriel Carr, and Tommie L. Luntsford in Counts II and V of the Third Amended Complaint are **DISMISSED with prejudice** for failure to state a claim. These five defendants are no longer parties to this cause of action.

Dated this 7th day of July, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE