**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| GINGER HEADLEY, *et al.,* | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 2:23CV00052 HEA |
| | ) | |
| CENTURION OF MISSOURI LLC, *et al.,* | ) | |
| | ) | |
| Defendant(s). | ) | |

**CLERK'S DENIAL OF DEFAULT**

On July 7, 2026, the Court issued an Order [ECF No. 143] directing the Clerk of Court to deny Plaintiffs' Motion for Entry of Clerk's Default against Defendants Centurion of Missouri LLC, Janet Eddy, Katlyn Huff, Boshko Ognenovski, Valerie J. Helm, Carla L. Heckenmueller, Brackstin Gabriel Carr, and Tommie L. Luntsford under Federal Rule of Civil Procedure 55(a) for the reasons stated by the Court in its Order.

Accordingly, upon Order and direction of the Court, Plaintiffs' Motion for Entry of Clerk's Default [ECF No. 116] as to said Defendants is DENIED.

Dated this 7th day of July 2026.

_____
Katie Spurgeon
Chief Deputy of Operations